JULIUS GLANTZ v. SAMUEL FEINSTEIN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANCISKAY CORPORATION v. JOSEPH HANKIN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL COHEN v. SAMUEL LEVY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDORE FAITT v. THE CORN EXCHANGE BANK.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTHER KLAPHOLTZ, as Administratrix de Bonis Non, etc., v. NEW YORK LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PHILIP GEFFIN.— Motion denied. Present — Dowling, P. J., Morrell, Finch, McAvoy and Martin, JJ.

FELIX YOUSSOUPOFF v. JOSEPH E. WIDENER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WOLF ELIAS v. ALEXANDER COHEN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ESTELLE WOHLGEMUTH v. JOHN FLAHERTY and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK G. BROWN and Others v. WADE H. ARMSTRONG.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAMOTTE T. COHU and Another, as Executors, etc., v. THE TRAVELERS INSURANCE COMPANY, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS REHMER v. PETER P. CAPPEL.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NETTIE GREENBERG v. ROBERTSON-STELLING CORPORATION.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

VITTORIA SCRIMA v. THE MORRIS PLAN COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY COHEN and Another v. JAMES A. TIMONY and Others.— Motion granted and appellants' time to file points extended to March 14, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOL A. PYLE v. PYLE MILLER Co., INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAUL SCHULMAN v. CHARLES CORNMAN and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOGUL FINANCE CORPORATION v. CHECKER CAB MANUFACTURING CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.